tions were in substantial accord with a proper inquiry under that rule. In the absence of the error in entering judgment on the verdict we would find no reversible error, but because of that error the judgment will be reversed and the cause remanded to the court below with directions to enter a judgment against both defendants for $40,000 debt to be satisfied on the payment of the $5,000 awarded as damages, together with interest on said damages at 5 per cent. per annum from the date of the receipt of the verdict to the date when such new judgment is entered, such interest to be computed by the court entering judgment.

*Reversed and remanded with directions.*

---

## W. C. Foster, Plaintiff in Error, v. C. M. Church and William Bowley, Defendants in Error.

### Gen. No. 6,405. (Not to be reported in full.)

Error to the Circuit Court of Boone county; the Hon. CLAIRE C. EDWARDS, Judge, presiding. Heard in this court at the April term, 1917. Reversed and remanded. Opinion filed February 12, 1918.

### Statement of the Case.

Petition by W. C. Foster for a writ of mandamus against C. M. Church, county treasurer,. and William Bowley, county clerk, defendants, to compel the county clerk to make an entry opposite the description of certain property purchased by the petitioner at a tax sale on a judgment of the County Court, based on a certain special assessment for the improvement of certain streets in the City of Belvidere, Boone county, that the property was erroneously sold, and the county treasurer to refund on demand the amount paid for

the certificate of sale. From a judgment for the defendants, on demurrer, dismissing the petition, plaintiff brings error.

The property was described in the judgment as: "Right of way, tracks and franchise of Belvidere City Railway Company, its successors, assigns," and in the delinquent tax list notice published as: "Belvidere City Railway Co. right of way, tracks, etc., for $327.70."

FRANK D. FULTON and EUGENE L. GAREY, for plaintiff in error; EARL JAMES GAREY, of counsel.

WILLIAM L. PIERCE, for defendants in error.

MR. PRESIDING JUSTICE CARNES delivered the opinion of the court.

## Abstract of the Decision.

MUNICIPAL CORPORATIONS—*when description in delinquent tax list notice and in judgment on tax sale of railroad property is void for uncertainty.* A description in a delinquent tax list notice published of "Belvidere City Railway Co. right of way, tracks, etc., $327.70," and in the judgment on tax sale of "Right of way, tracks and franchise of Belvidere City Railway Company, its successors, assigns," *held* void for uncertainty, under section 40 of the Local Improvement Act (J. & A. ¶ 1430), providing that in levying special assessments each lot, block, tract or parcel of land shall be assessed separately in the same manner as upon assessment for general taxation except the property of railroad companies or the right of way and franchise of street railway companies, which may be described in any manner sufficient to reasonably identify the property intended to be assessed, in a petition for a writ of mandamus under section 213 of the Revenue Act (J. & A. ¶ 9432), providing for entry on the sale and redemption record of a tax sale that the property was erroneously sold and for refund of the amount paid.